```
                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION


AL BEAMER, et. al.,              :      No: 1:02-CV-00013
                                 :
       Plaintiff,                :
                                 :      ORDER
    v.                           :
                                 :
NETCO, INC., et. al.             :
                                 :
       Defendant.                :
```

On September 30, 2003, the parties jointly moved for an extension of the dispositive motion deadline in the instant case necessitated by schedule conflicts and delays in discovery (doc. 20). Upon review, the Court finds the motion well-taken. Accordingly, the Joint Motion for Extension of the Dispositive Motion Deadline (doc. 20) is GRANTED. The discovery deadline in the instant action is hereby reset to November 1, 2003, and the dispositive motion deadline is reset to December 1, 2003. All other events or deadlines remain as scheduled.

SO ORDERED.

Dated: October 2, 2003          s/S. Arthur Spiegel
                                S. Arthur Spiegel
                                United States Senior District Judge