**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| -vs- | ) | |
| | ) | **JOINT MOTION FOR EXTENSION OF** |
| NETCO, INC., et al. | ) | **THE DISPOSITIVE MOTION DEADLINE** |
| | ) | **(*CURRENTLY DECEMBER 1, 2003*)** |
| Defendants. | ) | |
| | ) | |

Now comes parties, by and through counsel, and hereby moves this Court for an extension of the Court's current deadlines by thirty (30) days. The current deadlines are as follows:

- Discovery shall be completed on November 1, 2003;

- Dispositive Motions are due December 1, 2003

- A Final Pretrial is scheduled for February 26, 2004

- Trial on April 6, 2004

The parties are still engaged in discovery and have completed the depositions scheduled for October 27th and October 28th in St. Louis. The parties had hoped to complete non-party

witnesses depositions in Tampa Bay, Florida on October 29, 2003.  However, these witnesses have agreed to voluntarily appear for deposition and their schedules dictate that the depositions be completed on November 20, 2003.  These depositions are being taken at the request of the plaintiff.  Defendants have no objection to completing these depositions on November 20, 2003 provided that the dispositive motion deadline be continued thirty (30) days until January 5, 2004.  To facilitate this request, plaintiff is willing to provide responses to any dispositive motions by January 19, 2004.

In the event that this extension prejudices the Court's review of any dispositive motions prior to the February 26, 2004 Final Pretrial, the parties will jointly consent to an extension of the Final Pretrial and/or Trial date.

Respectfully submitted,

| /s/Richard C. Haber | /per consent |
|---|---|
| RICHARD C. HABER (0046788) | GREGORY A. SHOEMAKER, ESQ. |
| JONATHAN HYMAN (0068812) | McMahon, Berger, Hanna, Linihan, |
| Reminger & Reminger Co., L.P.A. | Cody & McCarthy |
| 1400 Midland Building | 2730 North Ballas Road, Suite 200 |
| 101 Prospect Avenue, West | St. Louis, Missouri  63131 |
| Cleveland, Ohio  44115 | Ph:   (314) 567-7350 |
| Ph:   (216) 687-1311 | Fax: (314) 567-5968 |
| Fax: (216) 687-1841 | shoemaker@mcmahonberger.com |
| rhaber@reminger.com | |
| jhyman@reminger.com | *Attorneys for Defendants* |

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2003 a copy of the foregoing Joint Motion For Extension of Dispositive Motion Deadline was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Ph:  (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com

*Attorneys for Plaintiffs*