## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| -vs- | ) | |
| | ) | **STIPULATED DISMISSAL OF WILLIAM** |
| NETCO, INC., et al. | ) | **ANDREWS ONLY PURSUANT TO** |
| | ) | **FEDERAL RULE 41(a)(1)** |
| Defendants. | ) | |
| | ) | |

Now comes Plaintiff, by and through counsel, and hereby moves for the dismissal of *only* Defendant William Andrews from this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All Defendants stipulate in this dismissal with prejudice. The Court may issue an order consistent with this stipulation.

Respectfully submitted,

/s/ Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Ph: (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com

*Attorneys for Plaintiffs*

       /per consent/
GREGORY A. SHOEMAKER, ESQ.
McMahon, Berger, Hanna, Linihan,
Cody & McCarthy
2730 North Ballas Road, Suite 200
St. Louis, Missouri  63131
Ph:   (314) 567-7350
Fax: (314) 567-5968
shoemaker@mcmahonberger.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2003 a copy of the foregoing Stipulated Dismissal of William Andrews Only Pursuant to Federal Rule 41(a)(1) was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

       /s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Ph:   (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com

*Attorneys for Plaintiffs*