IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| -vs- | ) | |
| | ) | **STIPULATED DISMISSAL OF COUNT III** |
| NETCO, INC., et al. | ) | **ONLY** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Plaintiff, by and through counsel, pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure and hereby dismisses by stipulation Count III of Plaintiff's Complaint. Plaintiff by stipulation is dismissing the claims of intentional infliction of emotional distress. The remaining Counts in the Complaint as to Defendants Netco and John Baumgart remain.

        Respectfully submitted,

        /s/ Richard C. Haber
        RICHARD C. HABER (0046788)
        JONATHAN HYMAN (0068812)
        Reminger & Reminger Co., L.P.A.
        1400 Midland Building
        101 Prospect Avenue, West
        Cleveland, Ohio  44115
        Ph:  (216) 687-1311
        Fax: (216) 687-1841
        rhaber@reminger.com
        jhyman@reminger.com

        *Attorneys for Plaintiffs*

      /per consent/
GREGORY A. SHOEMAKER, ESQ.
McMahon, Berger, Hanna, Linihan,
Cody & McCarthy
2730 North Ballas Road, Suite 200
St. Louis, Missouri  63131
Ph:  (314) 567-7350
Fax: (314) 567-5968
shoemaker@mcmahonberger.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2003 a copy of the foregoing Stipulated Dismissal of Count III ONLY was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      /s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Ph:  (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com

*Attorneys for Plaintiffs*