FILED
JAMES BONINI
CLERK

04 JAN -5 PM 3: 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al., | : | Civil Action No.: 1-02-013 |
| Plaintiffs, | : | Judge Spiegel   1-02CV013 |
| v. | : | NOTICE OF MANUAL FILING |
| NETCO, INC., et al., | : | OF ORIGINAL CERTIFIED COPIES OF HAMILTON COUNTY COURT DOCUMENTS IN |
| Defendants. | : | SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Defendants, by and through counsel, hereby give notice that on this, the 5th day of January, 2004, they are manually filing with the Court the attached original certified copies of the Findings of Fact and Conclusions of Law and the Judgment Entry entered by the Hamilton County, Ohio Court of Common Pleas in Case Number A9906815, which are referred to in Defendants' Motion for Summary Judgment as Attachments 7 and 8 respectively.

Respectfully submitted,

_____
Donald J. Mooney, Jr. (0014202)
Jacqueline Schuster Hobbs (0068236)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 762-6200
(513) 762-6245 (Fax)
dmooney@ulmer.com
jhobbs@ulmer.com

Attorneys for Defendants

OF COUNSEL:

Gregory A. Shoemaker (94815)
McMAHON, BERGER, HANNA,
LINIHAN, CODY & McCARTHY
2730 North Ballas Road, Suite 200
St. Louis, Missouri 63131-3039
(314) 567-7350
(314) 567-5698 (Fax)
shoemaker@mcmahonberger.com

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing Notice of Manual Filing with attachments was served by regular U.S. mail, postage prepaid, upon Richard C. Haber, Esq., and Vince P. Antaki, Esq., REMINGER & REMINGER, Attorneys for Plaintiffs, 1400 Midland Building, 101 Prospect Avenue West, Cleveland, Ohio 44115-1093, this 5th day of January, 2004.

*[signature]*