AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

AL BEAMER, et. al.,

                     Case Number:   1:02-cv-00013

        V.

NETCO, Inc.,                     Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>FEBRUARY 26, 2004 at 10:00 AM |

SPECIAL INSTRUCTIONS:

                     JAMES BONINI, CLERK

                     s/Kevin Moser
                     Kevin Moser
                     Case Manager
                     (513) 564-7620

cc: Richard Haber, Esq.    Vincent Antaki, Esq.    Donald Mooney, Esq.    Gregory Shoemaker, Esq.
    Jacqueline Hobbs, Esq.

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.