**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| NETCO, INC., et al. | ) | **MANUAL FILING** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs have manually filed the following document or thing:  *Deposition of William Andrews*  This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.  The document has been manually served on all parties.

Respectfully submitted,

s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN T. HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Ph:  (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2004, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Ph:   (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*

2