**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| NETCO, INC., et al. | ) | **MANUAL FILING** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs have manually filed the following document or thing: *Deposition of Bill Baumgart*  This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. The document has been manually served on all parties.

                                          Respectfully submitted,

                                          s/Richard C. Haber
                                          RICHARD C. HABER (0046788)
                                          JONATHAN T. HYMAN (0068812)
                                          Reminger & Reminger Co., L.P.A.
                                          1400 Midland Building
                                          101 Prospect Avenue, West
                                          Cleveland, Ohio  44115
                                          Ph:  (216) 687-1311
                                          Fax: (216) 687-1841
                                          rhaber@reminger.com
                                          jhyman@reminger.com
                                          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Ph: (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*
