UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
AL BEAMER, et al.,              :
                                :   NO. 1:02-CV-00013
         Plaintiffs,            :
                                :
                                :   ORDER
    v.                          :
                                :
                                :
NETCO, INC., et al.,            :
                                :
         Defendants.            :
```

On January 14, 2004, Defendants filed a motion requesting a continuance of the final pretrial conference and trial dates currently scheduled in the instant action (doc 29). They contend that the departure of their trial counsel and conflicts with their substitute counsel's current schedules demand a continuance in order to allow them to adequately prepare for trial. On January 19, 2004, Plaintiff requested a one-week extension of time to file a response to the Defendants' pending Motion for Summary Judgment (doc. 30). Each party has consulted the other about their respective motions as required by S. D. Ohio. Civ. R. 7.3, and neither raises any objections thereto. Upon consideration, the Court finds both motions well founded.

Accordingly, Defendants' Motion to Continue Trial Date and Pretrial Deadlines (doc. 29) is GRANTED. The final pretrial conference in the instant case is hereby SCHEDULED for May 13, 2004 at 3:00 p.m. Trial of the instant case is hereby SCHEDULED to

commence on June 15, 2004 at 9:30 a.m. on an on-deck basis. Plaintiffs' Unopposed Motion for Extension of Seven Days to Respond to Defendants' Motion for Summary Judgment (doc. 30) is GRANTED. Plaintiffs will file their response on or before January 26, 2004.

     SO ORDERED.

Dated: January 27, 2004     /s/ S. Arthur Spiegel
     S. Arthur Spiegel
     United States Senior District Judge