

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| NETCO, INC., et al. | ) | **MANUAL FILING** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs have manually filed the following document or thing: *Deposition of John Baumgart* This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. The document has been manually served on all parties.

Respectfully submitted,

s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN T. HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Ph: (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Ph: (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*

FILED
JAMES BONINI
CLERK

04 JAN 30 AM 11: 47

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| NETCO, INC., et al. | ) | **MANUAL FILING** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs have manually filed the following document or thing: *Deposition of William Andrews* This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. The document has been manually served on all parties.

Respectfully submitted,

s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN T. HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Ph: (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          s/Richard C. Haber
          RICHARD C. HABER (0046788)
          JONATHAN HYMAN (0068812)
          Reminger & Reminger Co., L.P.A.
          1400 Midland Building
          101 Prospect Avenue, West
          Cleveland, Ohio 44115
          Ph: (216) 687-1311
          Fax: (216) 687-1841
          rhaber@reminger.com
          jhyman@reminger.com
          *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| NETCO, INC., et al. | ) | **MANUAL FILING** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs have manually filed the following document or thing: *Deposition of Bill Baumgart* This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. The document has been manually served on all parties.

Respectfully submitted,

s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN T. HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Ph: (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/Richard C. Haber
                                        RICHARD C. HABER (0046788)
                                        JONATHAN HYMAN (0068812)
                                        Reminger & Reminger Co., L.P.A.
                                        1400 Midland Building
                                        101 Prospect Avenue, West
                                        Cleveland, Ohio  44115
                                        Ph:  (216) 687-1311
                                        Fax: (216) 687-1841
                                        rhaber@reminger.com
                                        jhyman@reminger.com
                                        *Attorneys for Plaintiffs*

FILED
JAMES BONINI
CLERK

04 JAN 30 AM 11:48

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| NETCO, INC., et al. | ) | **MANUAL FILING** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs have manually filed the following document or thing: *Deposition of Al Beamer*. This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. The document has been manually served on all parties.

Respectfully submitted,

s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN T. HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Ph: (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/Richard C. Haber
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Ph:  (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com
*Attorneys for Plaintiffs*