No.   00310578



# STATE OF MISSOURI
## ROY D. BLUNT, Secretary of State

CORPORATION DIVISION

CERTIFICATE OF INCORPORATION

WHEREAS, duplicate originals of Articles of Incorporation of

TITLE MARKETING CO., INC.

have been received and filed in the office of the Secretary of State, which Articles, in all respects, comply with the requirements of The General and Business Corporation Law;

NOW, THEREFORE, I, ROY D. BLUNT, Secretary of State of the State of Missouri, by virtue of the authority vested in me by law, do hereby certify and declare this entity a body corporate, duly organized this date and that it is entitled to all rights and privileges granted corporations organized under The General and Business Corporation Law.



IN TESTIMONY WHEREOF, I hereunto set my hand and affix the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this    14th    day of    JANUARY

19    88

*Roy D. Blunt*
Secretary of State

S.O.B. 630

$53.00

Attachment

**1**



### State of Missouri . . . Office of Secretary of State
#### ROY D. BLUNT, Secretary of State

## Articles of Incorporation
*(To be submitted in duplicate by an attorney or an incorporator.)*

HONORABLE ROY D. BLUNT
SECRETARY OF STATE
STATE OF MISSOURI
P.O. BOX 778
JEFFERSON CITY, MO 65102

**FILED AND CERTIFICATE OF INCORPORATION ISSUED**

JAN 1 4 1988

*Roy D. Blunt*

The undersigned natural person(s) of the age of eighteen years or more for the purpose of forming a corporation under The General and Business Corporation Law of Missouri adopt the following Articles of Incorporation:

**ARTICLE ONE**

The name of the corporation is: Title Marketing Co., Inc.

**ARTICLE TWO**

The address, including street and number, if any, of the corporation's initial registered office in this state is: 343 Carmel Woods Dr. Ellisville, Mo 63021

and the name of its initial agent at such address is: Kathleen E. Beamer

**ARTICLE THREE**

The aggregate number, class and par value, if any, of shares which the corporation shall have authority is issue shall be:

2,000 class A common Shares at $.05 par value each
2,000 class B non-voting common shares at $.05 par value each

The preferences, qualifications, limitations, restrictions, and the special or relative rights, including convertible rights, if any, in respect of the shares of each class are as follows:

Class B common - no voting rights

Corp. 41 (8-87)

## ARTICLE FOUR

The extent, if any, to which the preemptive right of a shareholder to acquire additional shares is limited or denied.

NONE

## ARTICLE FIVE

The name and place of residence of each incorporator is as follows:

| Name | Street | City |
|------|--------|------|
| Kathleen E. Beamer | 343 Carmel Woods Dr. | Ellisville |

## ARTICLE SIX
### (Designate which and complete the applicable paragraph.)

☐ The number of directors to constitute the first board of directors is _____. Thereafter the number of directors shall be fixed by, or in the manner provided in the bylaws. Any changes in the number will be reported to the Secretary of State within thirty calendar days of such change.

OR

☒ The number of directors to constitute the board of directors is __1 (one)__. (The number of directors to constitute the board of directors must be stated herein if there are to be less than three directors. The persons to constitute the first board of directors may, but need not, be named.)

## ARTICLE SEVEN

The duration of the corporation is _perpetual_

Corp. 41 (Page 2)

## ARTICLE EIGHT

The corporation is formed for the following purposes:

Computer software development, training, and support; title insurance marketing, training, and support; and all other acts permitted general and business corporations.



IN WITNESS WHEREOF, these Articles of Incorporation have been signed this ___31st___ day

of ___December___, 19 87

Kathleen E. Beamer
Kathleen E. Beamer

Corp. 41 (Page 3)

State of ___Missouri___

County of ___St. Louis___ } ss

I, ___Candy Lynn Quick___, a Notary Public, do hereby certify that on this ___31st___ day of ___December___, 19 _87_, personally appeared before me, ___Kathleen E. Beamer___ (and ___N/A___ ,) who being by me first duly sworn, (severally) declared that he is (they are) the person(s) who signed the foregoing document as incorporator(s), and that the statements therein contained are true.

_Candy Lynn Quick_
Notary Public

My commission expires ___9-11-90___

CANDY LYNN QUICK, NOTARY PUBLIC
FRANKLIN COUNTY, STATE OF MISSOURI
MY COMMISSION EXPIRES SEPTEMBER 11, 1990

FILED AND CERTIFICATE OF
INCORPORATION ISSUED

JAN 1 4 1988

_Roy D. Blunt_

Corp. 41 (Page 4)