UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al., | : | Civil Action No.: 1-02-013 |
| | : | |
| Plaintiffs, | : | Judge Spiegel |
| | : | |
| v. | : | NOTICE OF CHANGE |
| | : | OF TELEPHONE AND FAX |
| NETCO, INC., et al., | : | NUMBERS |
| | : | |
| Defendants. | : | |

Defendants hereby give notice that the direct telephone and fax numbers of two of their counsel have changed and those new numbers are as follows:

| | | |
|---|---|---|
| Jacqueline Schuster Hobbs | (513) 698-5076 | (513) 698-5077 (Fax) |
| Donald J. Mooney, Jr. | (513) 698-5070 | (513) 698-5071 (Fax) |

Respectfully submitted,

s/ Jacqueline Schuster Hobbs
Donald J. Mooney, Jr., Esq. (0014202)
ULMER & BERNE LLP
2800 Cincinnati Commerce Center
600 Vine Street
Cincinnati, Ohio 45202-2409
(513) 698-5070
(513) 698-5071 (Fax)
dmooney@ulmer.com

Jacqueline Schuster Hobbs (0068236)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5076
(513) 698-5077 (Fax)
jhobbs@ulmer.com

Attorneys for Defendants

OF COUNSEL:

William Lawson, Esq.
McMAHON, BERGER, HANNA,
LINIHAN, CODY & McCARTHY
2730 North Ballas Road, Suite 200
St. Louis, Missouri 63131-3039
(314) 567-7350
(314) 567-5698 (Fax)
lawson@mcmahonberger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Court and served electronically upon Richard C. Haber, Esq., and Vince P. Antaki, Esq., REMINGER & REMINGER, Attorneys for Plaintiffs, 1400 Midland Building, 101 Prospect Avenue West, Cleveland, Ohio 44115-1093, this 20th day of February, 2004.

                                                s/ Jacqueline Schuster Hobbs