UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al., | : | Civil Action No. C-1-02-013 |
| | : | |
| Plaintiffs, | : | Judge Spiegel |
| | : | |
| v. | : | DEFENDANTS' NOTICE OF |
| | : | MANUAL FILING OF MOTION |
| NETCO, INC., et al., | : | FOR ADMISSION *PRO HAC* |
| | : | *VICE* OF WILLIAM M. LAWSON |
| Defendants. | : | AND WILLIAM B. JONES |

Defendants, by and through counsel, hereby give notice that on this, the 16th day of March, 2004, they are manually filing with the Court their Motion for the *Pro Hac Vice* Admission of William M. Lawson and William B. Jones, a copy of which is attached hereto as Exhibit A.

Respectfully submitted,

__/s/ Jacqueline Schuster Hobbs_____
Donald J. Mooney, Jr. (0014202)
Jacqueline Schuster Hobbs (0068236)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5000
(513) 698-5001 (Fax)
dmooney@ulmer.com
jhobbs@ulmer.com

Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Court and served electronically upon Richard C. Haber, Esq., and Vince P. Antaki, Esq., REMINGER & REMINGER, Attorneys for Plaintiffs, 1400 Midland Building, 101 Prospect Avenue West, Cleveland, Ohio 44115-1093, this 16th day of March, 2004.

__/s/ Jacqueline Schuster Hobbs_____