EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AL BEAMER, et al., ) | Civil Action No. : C-1-02-013 |
| Plaintiffs, ) | Judge Spiegel |
| v. ) | |
| NETCO, INC., et al., ) | DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM M. LAWSON AND WILLIAM B. JONES |
| Defendants. ) | |

Comes now Jacqueline Schuster Hobbs, an attorney admitted to practice before the Courts of Ohio and this Court, and local counsel for Defendants, and hereby moves this Court for an order admitting William M. Lawson and William B. Jones to appear *pro hac vice* in the above-referenced matter. In support of this motion, movant states as follows:

1. William M. Lawson currently resides at 1659 Dearborn Dr., St. Louis, MO 63122. His telephone number at that residence is 314-966-5114.

2. William B. Jones currently resides at 914 Wood Avenue, St. Louis, MO 63122. His telephone number at that residence is (314) 966-8555.

3. The business address for each attorney is 2730 North Ballas Road, Suite 200, St. Louis, Missouri 63131-3039. The telephone number is (314) 567-7350, and the facsimile number is (314) 567-5968. Mr. Lawson's direct dial phone number is (314) 802-1864, and his e-mail address is lawson@mcmahonberger.com. Mr. Jones' direct dial phone number is (314) 802-1854, and his e-mail address is jones@mcmahonberger.com.

4. Mr. Lawson's Missouri Bar registration number is 40477 and Mr. Jones' Missouri Bar registration number is 48220.

96293.1

5. Mr. Lawson is a member in good standing of the bars of the following courts: Missouri Supreme Court, Illinois Supreme Court, and the United States District Court for the Eastern District of Missouri. Attached hereto is a copy of an Affidavit swearing to Mr. Lawson's good standing in all of the above-referenced courts.

6. Mr. Jones is a member in good standing of the bars of the following courts: Missouri Supreme Court, United States District Court for the Eastern District of Missouri, and the United States District Court for the District of Arizona. Attached hereto is a copy of an Affidavit swearing to Mr. Jones' good standing in all of the above-referenced courts.

7. Plaintiffs' counsel has been contacted and has consented to this Motion.

8. Mr. Lawson and Mr. Jones agree to review and abide by all of the Local Civil Rules of the Southern District of Ohio.

9. The inclusion of Mr. Lawson and Mr. Jones in the defense of defendants is essential to defendants' full representation and will facilitate the handling and trial of this matter.

Respectfully submitted,

_____
Donald J. Mooney, Jr. (0014202)
Jacqueline Schuster Hobbs (0068236)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5000
(513) 698-5001 (Fax)
dmooney@ulmer.com
jhobbs@ulmer.com

Attorneys for Defendants

96293.1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed manually with the Court and a copy thereof served upon Richard C. Haber, Esq., and Vince P. Antaki, Esq., REMINGER & REMINGER, Attorneys for Plaintiffs, 1400 Midland Building, 101 Prospect Avenue West, Cleveland, Ohio 44115-1093, by regular U.S. Mail, postage this 16th day of March, 2004.

*[signature]*

96293.1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **AL BEAMER, et al.,** ) | Civil Action No. : C-1-02-013 |
| ) | |
| Plaintiffs, ) | Judge Spiegel |
| ) | |
| v. ) | |
| ) | |
| **NETCO, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT**

Comes now William M. Lawson, being duly sworn under oath and penalty of perjury, and based upon personal knowledge, hereby states as follows:

1. My name is William M. Lawson and I am over eighteen (18) years of age.

2. The contents of this Affidavit are based on my personal knowledge.

3. I am a member in good standing of the bars of the following courts: Missouri Supreme Court, Illinois Supreme Court, and the United States District Court for the Eastern District of Missouri.

96294.1

FURTHER AFFIANT SAYETH NOT.

_____
William M. Lawson

STATE OF MISSOURI    )
                     )SS
COUNTY OF ST. LOUIS  )

Subscribed and sworn to before me this 9th day of February, 2004.

_____
Notary Public

My Commission Expires:

NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
Susan A. Berck
ST. LOUIS COUNTY
My Comm. Expires June 16, 2006

96294.1

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 2, 1992,

### WILLIAM MICHAEL LAWSON

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 21st day of January, 2004.

Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AL BEAMER, et al., ) | Civil Action No. : C-1-02-013 |
| ) | |
| Plaintiffs, ) | Judge Spiegel |
| ) | |
| v. ) | |
| ) | |
| NETCO, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

Comes now William B. Jones, being duly sworn under oath and penalty of perjury, and based upon personal knowledge, hereby states as follows:

1. My name is William M. Jones and I am over eighteen (18) years of age.

2. The contents of this Affidavit are based on my personal knowledge.

3. I am a member in good standing of the bars of the following courts: Missouri Supreme Court, United States District Court for the Eastern District of Missouri, and the United States District Court for the District of Arizona.

96296.1

FURTHER AFFIANT SAYETH NOT.

_____
William B. Jones

STATE OF MISSOURI   )
                    )SS
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me this 9th day of February, 2004.

_____
Notary Public

My Commission Expires:

```
NOTARY PUBLIC - NOTARY SEAL
      STATE OF MISSOURI
        Susan A. Berck
       ST. LOUIS COUNTY
  My Comm. Expires June 16, 2006
```

96296.1

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on March 7, 1997,

### WILLIAM BRIAN JONES

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 21st day of January, 2004.

Clerk of the Supreme Court of Missouri