UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al., | ) | Civil Action No. : C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | Judge Spiegel |
| | ) | |
| v. | ) | |
| | ) | |
| NETCO, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

Comes now William M. Lawson, being duly sworn under oath and penalty of perjury, and based upon personal knowledge, hereby states as follows:

1. My name is William M. Lawson and I am over eighteen (18) years of age.

2. The contents of this Affidavit are based on my personal knowledge.

3. I am a member in good standing of the bars of the following courts: Missouri Supreme Court, Illinois Supreme Court, and the United States District Court for the Eastern District of Missouri.

96294.1

FURTHER AFFIANT SAYETH NOT.

_____
William M. Lawson

STATE OF MISSOURI )
                 )SS
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me this 9th day of February, 2004.

_____
Notary Public

My Commission Expires:

```
NOTARY PUBLIC - NOTARY SEAL
      STATE OF MISSOURI
         Susan A. Berck
        ST. LOUIS COUNTY
 My Comm. Expires June 16, 2006
```

96294.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al., | ) | Civil Action No. : C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | Judge Spiegel |
| | ) | |
| v. | ) | |
| | ) | |
| NETCO, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

Comes now William B. Jones, being duly sworn under oath and penalty of perjury, and based upon personal knowledge, hereby states as follows:

1. My name is William M. Jones and I am over eighteen (18) years of age.

2. The contents of this Affidavit are based on my personal knowledge.

3. I am a member in good standing of the bars of the following courts: Missouri Supreme Court, United States District Court for the Eastern District of Missouri, and the United States District Court for the District of Arizona.

96296.1

FURTHER AFFIANT SAYETH NOT.

_____
William B. Jones

STATE OF MISSOURI )
)SS
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me this 9th day of February, 2004.

_____
Notary Public

My Commission Expires:

```
NOTARY PUBLIC - NOTARY SEAL
     STATE OF MISSOURI
       Susan A. Berck
      ST. LOUIS COUNTY
 My Comm. Expires June 16, 2006
```

96296.1