Tue Mar 16 15:53:49 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 422272
Cashier       kjl

Tender Type  CHECK

Check Number: 15358

Transaction Type   C

Case No./Def No. 1:01-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount            $    100.00

ULMER & BERNE LLP

PRO HAC VICE C-1-02-013


Tue Mar 16 15:53:49 2004

Check No. 15358
Amount$   100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661