FILED
JAMES BONINI
CLERK

04 MAR 16 PM 4:10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AL BEAMER, et al., ) | Civil Action No. : C-1-02-013 |
| ) | |
| Plaintiffs, ) | Judge Spiegel |
| ) | (RECEIPT ATTACHED) |
| v. ) | |
| ) | |
| NETCO, INC., et al., ) | DEFENDANTS' MOTION FOR |
| ) | ADMISSION *PRO HAC VICE* |
| Defendants. ) | OF WILLIAM M. LAWSON AND |
| ) | WILLIAM B. JONES |

Comes now Jacqueline Schuster Hobbs, an attorney admitted to practice before the Courts of Ohio and this Court, and local counsel for Defendants, and hereby moves this Court for an order admitting William M. Lawson and William B. Jones to appear *pro hac vice* in the above-referenced matter. In support of this motion, movant states as follows:

1.     William M. Lawson currently resides at 1659 Dearborn Dr., St. Louis, MO 63122. His telephone number at that residence is 314-966-5114.

2.     William B. Jones currently resides at 914 Wood Avenue, St. Louis, MO 63122. His telephone number at that residence is (314) 966-8555.

3.     The business address for each attorney is 2730 North Ballas Road, Suite 200, St. Louis, Missouri 63131-3039. The telephone number is (314) 567-7350, and the facsimile number is (314) 567-5968. Mr. Lawson's direct dial phone number is (314) 802-1864, and his e-mail address is lawson@mcmahonberger.com. Mr. Jones' direct dial phone number is (314) 802-1854, and his e-mail address is jones@mcmahonberger.com.

4.     Mr. Lawson's Missouri Bar registration number is 40477 and Mr. Jones' Missouri Bar registration number is 48220.

96293.1