**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| -vs- | ) | |
| | ) | **PLAINTIFF'S MOTION FOR EXTENSION** |
| NETCO, INC., et al. | ) | **OF ONE (1) DAY TO SUBMIT APPENDIX** |
| | ) | **C (JOINT EXHIBITS) AND APPENDIX D** |
| Defendants. | ) | **(PLAINTIFF EXHIBITS) TO THE FINAL** |
| | ) | **PRETRIAL ORDER** |

Now comes the Plaintiff and respectfully requests this court grant leave to Plaintiff to supplement the parties "Joint Final Pretrial Order" with Appendix C (Joint Exhibits) and Appendix D (Plaintiff Exhibits) on May 11, 2004. Concurrent with the filing of this motion, Plaintiff's counsel is filing the parties submission for the Final Pretrial Order. Included in this filing is Appendix E, which reflects the anticipated exhibits of the Defendants. Plaintiff's counsel is still finalizing Plaintiff's Exhibit List, though it is apparent that there will be a great number of Joint Exhibits.

Plaintiff respectfully requests this court permit the amendment of the Final Pretrial Order to reflect the supplementation with Appendix C and D on May 11, 2004

Respectfully submitted,

*/s/Richard C. Haber*
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Ph:   (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

A copy of the foregoing Unopposed Motion For Extension of Deadlines was sent by ordinary U.S. Mail and the courts electronic delivery system, postage prepaid on this May 10, 2004 to:

Jacqueline Schuster Hobbs
Donald J. Mooney, Jr.
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202

William M. Lawson
McMahon, Berger, Hanna,
Linihan, Cody & McCarthy
2730 North Ballas Road, Suite 200
St. Louis, Missouri  63131-3039
(314) 567-7350

William B. Jones
McMahon, Berger, Hanna,
Linihan, Cody & McCarthy
2730 North Ballas Road, Suite 200
St. Louis, Missouri  63131-3039
(314) 567-7350

/s/ Richard C. Haber
RICHARD C. HABER
JONATHAN HYMAN