

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| -vs- | ) | |
| | ) | **PLAINTIFF'S MOTION FOR EXTENSION** |
| NETCO, INC., et al. | ) | **OF ONE (1) DAY TO SUBMIT APPENDIX** |
| | ) | **C (JOINT EXHIBITS) AND APPENDIX D** |
| Defendants. | ) | **(PLAINTIFF EXHIBITS) TO THE FINAL** |
| | ) | **PRETRIAL ORDER** |

Now comes the Plaintiff and respectfully requests this court grant leave to Plaintiff to supplement the parties "Joint Final Pretrial Order" with Appendix C (Joint Exhibits) and Appendix D (Plaintiff Exhibits) on May 11, 2004. Concurrent with the filing of this motion, Plaintiff's counsel is filing the parties submission for the Final Pretrial Order. Included in this filing is Appendix E, which reflects the anticipated exhibits of the Defendants. Plaintiff's counsel is still finalizing Plaintiff's Exhibit List, though it is apparent that there will be a great number of Joint Exhibits.