**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| -vs- | ) | |
| | ) | **PLAINTIFF'S AMENDMENT TO FINAL** |
| NETCO, INC., et al. | ) | **PRETRIAL ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Attached herein are Amended Appendices C, D and E.  These Appendices should be incorporated with the Final Pretrial Order.

*/s/Richard C. Haber*
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Ph:  (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com

*Attorneys for Plaintiffs*

1

## APPENDIX C

## JOINT EXHIBITS

| Designation | Description | Offered | Admitted | Proffered |
|---|---|---|---|---|
| I | May 21, 1993 employment contract between Al Beamer and Equity Title Company – USA. | | | |
| II | June 14, 1994 employment agreement between Al Beamer and Equity Title Company of America. | | | |
| III | January 1999 employment agreement between Equity Title Company of America, Inc. (NETCO) and Al Beamer. | | | |
| IV | July 12, 1996 contract extension and amendment between Al Beamer and Equity Title – Southeast, Inc. | | | |
| V | August 1, 1998 contract extension and amendment between Title Marketing Company and Trans Continental Title Company, Inc. | | | |
| VI | Contract amendment between Title Marketing Company, Inc., and Trans Continental Title Company, Inc., dated March 30, 1999. | | | |
| VII | August 11, 1999 contract amendment between Title Marketing Company, Al Beamer and Trans Continental Title Company. | | | |
| VIII | 1998 IRS Form 1040 for Kathleen E. and Robert A. Beamer. | | | |
| IX | 1998 IRS Form 1120S for Title Marketing Company. | | | |
| X | 1999 IRS Form 1040 for Kathleen E. and Robert A. Beamer. | | | |
| XI | 1999 IRS Form 1120S for Title Marketing Company. | | | |
| XII | 2000 IRS Form 1040 for Kathleen E. and Robert A. Beamer. | | | |
| XIII | 2000 IRS Form 1120S for Title Marketing Company. | | | |
| XIV | 2001 IRS Form 1040 for Kathleen E. and Robert A. Beamer. | | | |
| XV | 2001 IRS Form 1120S for Title Marketing Company. | | | |

| | | | | |
|---|---|---|---|---|
| XVI | 2002 IRS Form 1040 for Kathleen E. and Robert A. Beamer. | | | |
| XVII | 2002 IRS Form 1120S for Title Marketing Company. | | | |
| XVIII | Stock Purchase Agreement between William H. Baumgart and Virginia L. Bertram regarding the purchase of Southeast Equity Title Agency, Inc. date March 1997 | | | |

## APPENDIX D

## EXHIBITS FOR PLAINTIFFS/COUNTERCLAIM DEFENDANT

### AS PLAINTIFFS IN CASE IN CHIEF

| Designation | Description | Offered | Admitted | Proffered |
|---|---|---|---|---|
| 1 | January 20, 1994 Employment Contract of Al Beamer with Equity Title/Southeast | | | |
| 2 | Stock Purchase Agreement for sale of Southwest Equity Title Agency, Inc. dated March 31, 1997 | | | |
| 3. | Hand written note from Al Beamer to William and John Baumgart re modified compensation proposal | | | |
| 4 | Minute Book of Equity Title Agency of Ohio, Inc. | | | |
| 5 | Certificate of Amendment by the Shareholders to the Articles of Incorporation of Equity Title of Ohio approved by the Secretary of State on August 13, 1996 | | | |
| 5 | Decision of the First District Court of Appeals in *National Equity Title Agency, Inc. v. Rivera,* 147 Ohio App. 3d 246 (2001) | | | |
| 6 | Al Beamer employment records from Transcontinental (excluding contracts separately marked) | | | |
| 7 | Web page from Transcontinental Title retrieved November 23, 2003 – "About TCT" | | | |
| 8. | Settlement Agreement circulated December 1999 in *Rivera* Matter | | | |

### AS COUNTERCLAIM DEFENDANT IN COUNTERCLAIM

| Designation | Description | Offered | Admitted | Proffered |
|---|---|---|---|---|
| | SEE ABOVE | | | |

4

## APPENDIX E

## EXHIBITS FOR DEFENDANTS/COUNTERCLAIMANT

| Designation | Description | Offered | Admitted | Proffered |
|---|---|---|---|---|
| A | Plaintiff's Complaint filed on December 6, 2001. | | | |
| B | April 9, 1999 announcement regarding Al Beamer's resignation. | | | |
| C | January 11, 1999 memo to Al Beamer from Bill Andrews re contract. | | | |
| D | August 27, 1999 written resignation of Antonio Rivera. | | | |
| E | February 6, 1998 employment agreement between Antonia Rivera and NETCO. | | | |
| F | August 24, 1999 facsimile from Antonio Rivera to Ralph Miller with employment agreement enclosure. | | | |
| G | August 27, 1999 correspondence from Ralph A. Miller to Antonio Rivera regarding employment agreement. | | | |
| H | August 27, 1999 correspondence from William Andrews to Antonio Rivera regarding resignation and employment agreement. | | | |
| I | September 27, 1999 correspondence from William Andrews to Antonio Rivera regarding violations of employment agreement. | | | |
| J | September 27, 1999 correspondence from William Andrews to Antonio Rivera, sent via UPS. | | | |
| K | Correspondence from Al Beamer to NETCO's general counsel regarding National Real Estate Title Agency, Inc., dated December 10, 1999 per certified mail receipt. | | | |
| L | January 19, 2000 correspondence from William Andrews to Antonio Rivera and Al Beamer. | | | |
| M | October 27, 1999 National Real Estate Title Agency business plan. | | | |
| N | Articles of Incorporation of National Real Estate Title Agency, Inc., dated August 31, 1999. | | | |
| O | Preorganization and Subscription Agreement | | | |

| | | | | |
|---|---|---|---|---|
| | for National Real Estate Title Agency dated October 21, 1999. | | | |
| P | Verified Complaint for Temporary Restraining Order, Other Injunctive Relief and Damages in the matter of NETCO v Antonio Rivera and National Real Estate Title Agency, Inc., dated November 9, 1999. | | | |
| Q | November 9, 1999 Motion for Temporary Restraining Order and Other Injunctive Relief and Memorandum in Support n the matter of NETCO v Antonio Rivera and National Real Estate Title Agency, Inc. | | | |
| R | November 10, 1999 Order Granting Temporary Restraining Order in the matter of NETCO v River and National Real Estate Title Agency, Inc. | | | |
| S | November 24, 1999 Agreed Order Extending Temporary Restraining Order in the matter of NETCO v Rivera and National Real Estate Title Agency, Inc. | | | |
| T | November 24, 1999 Plaintiff's Motion to Show Cause why Defendants Should Not be Held in Contempt of Court in the matter of NETCO v Rivera and National Real Estate Title Agency, Inc. | | | |
| U | July 31, 2000 Findings of Fact and Conclusions of Law in the matter of NETCO v Rivera and National Real Estate Title Agency, Inc. | | | |
| V | August 10, 2000 Judgment Entry Granting a Preliminary and Permanent Injunction in the matter of NETCO v Rivera and National Real Estate Title Agency, Inc. | | | |
| W | December 16, 1999 Supplemental Motion to Show Cause why Defendant Should Not be Held in Contempt of Court and for Other Sanctions in the matter of NETCO v Antonio Rivera and National Real Estate Title Agency, Inc. | | | |
| X | October 13, 2000 Summary of Brief regarding Contempt and Second Supplemental Motion Regarding Continued Contempt in the matter of NETCO v Rivera and National Real Estate Title Agency, Inc. | | | |
| Y | Judgment Entry regarding Motion for Contempt in the matter of NETCO v Rivera | | | |

|    |    |    |    |    |
|----|----|----|----|----|
|    | and National Real Estate Title Agency, Inc., dated December 29, 2000. |    |    |    |
| Z  | December 7, 1999 Rescission and Mutual Release draft proposed between Al Beamer, Title Marketing Company, Inc., and Transcontinental Title Company, Inc. |    |    |    |
| AA | Settlement Agreement between Al Beamer, Title Marketing Company, Inc., and Transcontinental Title Company, Inc. |    |    |    |
| BB | Mutual Release between Al Beamer, Title Marketing Company and Transcontinental Title Company dated April 16, 2001. |    |    |    |
| CC | Employment contract and software license agreement between Residential Title Services and Title Marketing Company and Al Beamer dated July 31, 2002. |    |    |    |
| DD | May 15, 2003 employment contract between Al Beamer, Title Marketing Company and Residential Title Services, Inc. |    |    |    |
| EE | Programming and consulting contract between Residential Title Services and Title Marketing Company dated March 24, 2001. |    |    |    |
| FF | November 28, 2001 correspondence between William H. Baumgart and David M. Snyder regarding payment to Beamer. |    |    |    |

7

CERTIFICATE OF SERVICE

A copy of the foregoing Unopposed Motion For Extension of Deadlines was sent by ordinary U.S. Mail and the courts electronic delivery system, postage prepaid on this May 10, 2004 to:

Jacqueline Schuster Hobbs
Donald J. Mooney, Jr.
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202

William M. Lawson
McMahon, Berger, Hanna,
Linihan, Cody & McCarthy
2730 North Ballas Road, Suite 200
St. Louis, Missouri  63131-3039
(314) 567-7350

William B. Jones
McMahon, Berger, Hanna,
Linihan, Cody & McCarthy
2730 North Ballas Road, Suite 200
St. Louis, Missouri  63131-3039
(314) 567-7350

/s/ Richard C. Haber
RICHARD C. HABER
JONATHAN HYMAN