IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL BEAMER, et al. | ) | CASE NO. C-1-02-013 |
| | ) | |
| Plaintiffs, | ) | JUDGE SPIEGEL |
| | ) | |
| -vs- | ) | |
| | ) | **PLAINTIFF'S MOTION TO AMEND** |
| NETCO, INC., et al. | ) | **WITNESS LIST (APPENDIX A)** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Attached herein is an amendment Appendix A. Plaintiff hereby moves this Court to Amend Appendix A, Plaintiff's witness list to reflect the addition of John Rosso as a witness.

*/s/Richard C. Haber*
RICHARD C. HABER (0046788)
JONATHAN HYMAN (0068812)
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Ph: (216) 687-1311
Fax: (216) 687-1841
rhaber@reminger.com
jhyman@reminger.com

*Attorneys for Plaintiffs*

1