IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AL BEAMER, et. al., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02-cv-00013 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| NETCO, INC., : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court GRANTS Defendants' Motion for Summary Judgment (doc. 26) and DISMISSES this matter from the Court's docket.

9/29/05                                                          James Bonini, Clerk


                                                                 s/Kevin Moser
                                                                 Kevin Moser
                                                                 Deputy Clerk