```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION


AL BEAMER, et al.,                 :
                                   :
          Plaintiffs,              :    Case No.: 1:02-cv-00013
                                   :
                                   :
          v.                       :
                                   :
                                   :
NETCO, INC., et al.,               :    NOTICE
                                   :
          Defendants.              :
                                   :
```

Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 50), the Depositions filed in the case are hereby disposed of as waste on this date.  The time for counsel to retrieve these items has expired.

Date: <u>March 20, 2006</u>

                                                      S. Arthur Spiegel
                                                      United States Senior District Judge


                                                      By: <u>s/Kevin Moser</u>
                                                          Kevin Moser
                                                          Case Manager
                                                          (513) 564-7620